**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> vs.<br><br><br><br>QUADE SMITH,<br><br>        Defendant. | CR-16-49-GF-BMM<br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 6, 2026. (Doc. 118.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 5, 2026. (Doc. 116.) The United States accused Quade Smith (Smith) of violating the conditions of his supervised release by: (1) submitting a dilute urinalysis on November 24, 2025; (2) submitting a dilute urinalysis on January 7, 2026; (3) committing another federal, state or local crime by pleading guilty to the offense of Speeding, in violation of Mont. Code Ann. § 61-8-303 on February 4, 2026; (4) using alcohol on or about February 9, 2025; (5) failing to notify his probation officer about a change in his living arrangements within ten days during February of 2026, by not advising his probation officer that his girlfriend had moved into his residence; (6) using methamphetamine on February 27, 2026;  (7) being in possession of methamphetamine on March 4, 2026; by: (8) failing to comply with the condition of home detention on April 22, 2026; and (9) failing to answer truthfully questions of his probation officer on April 22, 2026, by stating he was at home when he was at a gas station by: (10) committing another federal, state or local crime by being charged on March 17, 2026 in the Montana Ninth Judicial District Court with the felony offense of Criminal Possession of Dangerous Drugs in violation of Mont. Code Ann. § 45-9-102 and with the misdemeanor offense of Criminal Possession of Drug Paraphernalia, in violation of Mont. Code Ann. § 45-10-103; and (11) having

contact with Mammie Kennedy during April of 2026, after being instructed by his probation officer not to do so. (Doc. 102, 112 and 115.)

At the revocation hearings, Smith admitted that he had violated condition of his supervised release in allegations 3-6, 8 and 11 as set forth the Second Amended Petition. The Court determined that the Government had met its burden to show that it was more likely than not that Smith had violated his conditions of supervised release as alleged in allegation 9. The Government moved to dismiss allegations 1, 2, 7 and 10, which the Court granted. (Doc. 116.)

Judge Johnston recommended a sentence of 4 months, with 32 months of supervised release to follow on Counts 1, 2, and 3, with both the custodial and supervised release terms to run concurrently. (Doc. 118.) The Court advised Smith of his right to appeal and to allocute before the undersigned. (Doc. 116.)

The violations Smith admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 118) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Quade Smith be sentenced for a term of 4 months, with 32 months of supervised release to follow on Counts 1, 2, and 3, with both the custodial and supervised release terms to run concurrently.

DATED this 1st day of June 2026.


Brian Morris, Chief District Judge
United States District Courts